```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                   AUG 14 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:08mj2007 |
| Jose Jesus Villalba  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Aug 20__, __2008__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: __8/14/08__              _____[signature]_____
                                U.S. District Judge/Magistrate Judge